479 A.2d 1128

Murry v. Murry, Appellant.

Argued November 21, 1983. Peter Hearn, for appellant; Lynne Z. Gold Bikin, for appellee.

Before MONTEMURO, WATKINS and CERCONE, JJ.

Order affirmed.